FILED
CLERK, U.S. DISTRICT COURT
MAR 19 2025
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>ZACHARY KELLEY,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00619-AB-002<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

## I.

On March 19, 2025, Defendant made his initial on the petition for revocation of supervised release and warrant for arrest issued on March 3, 2025. Ian Wallach, a member of the Indigent Defense Panel, was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Neil Thakor. Defendant submitted on the recommendation of detention in the report prepared by Pretrial Services.

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ the allegations in the petition, including that Defendant failed to report for random drug testing, to submit written reports, and to follow the instruction of a P.O.

B.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ the allegations in the petition, including that Defendant failed to report for random drug testing, to submit written reports, and to follow the instruction of a P.O., and tested positive for a controlled substance on multiple occasions.

III

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: March 19, 2025

                                                      /s/
                                 MICHAEL B. KAUFMAN
                          UNITED STATES MAGISTRATE JUDGE